**FILED**

APR 1 0 2014

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:13-CR-140-APG-(GWF) |
| v. ) | |
| ) | |
| ADAM MICHAEL HARRIS, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE AS TO ADAM MICHAEL HARRIS**

On June 13, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant ADAM MICHAEL HARIS to the United States of America. Criminal Indictment, ECF No. 1; United States' Memorandum in Support of Defendant's Guilty Plea, ECF No. 15; Change of Plea Minutes, ECF No. 16; Preliminary Order of Forfeiture, ECF No. 17.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States

. . .

. . .

. . .

. . .

. . .

Code, Section 2461(c), that the Preliminary Order of Forfeiture (ECF No. 17), listing the following asset, is final as to defendant ADAM MICHAEL HARRIS:

    a Kel Tec .32 caliber pistol, serial number 22557.

DATED this 10th day of April, 2014.

                                                               UNITED STATES DISTRICT JUDGE